3:08-CV-00442-MJJ

United States District Court
Northern District of California

Jonathan Lee Riches ©,
Plaintiff

Civil No: 50 MJJ

v.

Sarah Breckenridge d/b/a Smart Money Magazine Editor;
Paul Ingrassia,
Defendants

complaint

42 USC 1983. I seek $6.2 million. Defendants are picking on my brain and torturing me in solitary, squeezing my ideas, this is unconstitutional

Respectfully Submitted
Jonathan Lee Riches ©